UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

JOSE ALVARADO,

                                Plaintiff,   Case No.

         v.

PBM, LLC AND SERVICE EMPLOYEES
INTERNATIONAL UNION, CTW CLC,

                                       November 5, 2021
                              Defendants.

-----------------------------------------------------------X

## NOTICE AND PETITION OF REMOVAL OF A CIVIL ACTION

      Defendant SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ ("Local 32BJ" or "Union"), misnamed in the caption as Service Employees International Union, CTW CLC, by their attorneys, submit this petition for removal pursuant to 28 U.S.C. §§ 1441 and 1446.  The Union states the following in support of its Notice and Petition of Removal:

      1.      Plaintiff Jose Alvarado commenced an action in the State of Connecticut Superior Court, entitled Jose Alvarado v. PBM, LLC and Service Employees International Union CTW, CLC on October 21, 2021.

      2.      Plaintiff's Summons and Complaint were served on Defendant Local 32BJ on October 14, 2021.  Copies of the same are annexed as Exhibit A.

      3.      Local 32BJ is a labor organization within section 2(5) of the Labor Management Relations Act ("Act"), 29 U.S.C. § 152(5), and represents employees "in an industry affecting

commerce" within the meaning of section 301(a) of the Act, 29 U.S.C. § 185(a). The Union's headquarters are at 101 Avenue of the Americas, New York, New York 10013 and the Union maintains an office at 1177 Summer Street, 2nd Floor, Stamford, Connecticut, 06905.

4. The Union's records reveal that Plaintiff was a member of Local 32BJ, and that his terms and conditions of employment at Defendant PBM were established under a collective bargaining Agreement ("CBA") negotiated between Local 32BJ and Plaintiff's former employer, and Defendant, PBM LLC.

5. Plaintiff alleges in his Complaint that Local 32BJ breached its duty of fair representation. The Supreme Court has held in *Breininger v. Sheet Metal Workers Int'l. Assn., Local Union No. 6,* 493 U.S. 67, 83 (1989) that claims alleging a breach of the duty of fair representation arise under the National Labor Relations Act, 29 U.S.C. § 151 et al. and therefore federal courts have jurisdiction to hear duty of fair representation suits pursuant to 28 U.S.C. § 1331.

6. Plaintiff further alleges counts of Breach of Contract and Defamation. However, because Local 32BJ was not Plaintiff's *employer*, the only cognizable cause of action Plaintiff may assert against Local 32BJ related to Plaintiff's employment is for an alleged breach of the union's duty of fair representation under federal labor law. *Vaca v. Sipes*, 386 U.S. 171 (1967) (union breaches federal duty of fair representation for failing to enforce collective bargaining agreements for reasons that are arbitrary, discriminatory or in bad faith). Regardless how Plaintiff may ultimately fashion these additional claims against Local 32BJ, because Defendant

7. Local 32BJ's power to assist Plaintiff concerning his employment was limited by the terms of the CBA, any claims brought against Defendant Local 32BJ will inevitably require this Court to interpret the CBA, thus conferring jurisdiction under Section 301 of the NLRA, 29 U.S.C. § 185. *Greenberg v. Bear, Stearns & Co.*, 220 F.3d 22, 25 (2d Cir. 2000) (federal courts have jurisdiction over disputes concerning the interpretation of a collective bargaining agreement and claims arising under the laws of the United States).

8. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

9. Neither Defendants Local 32BJ nor Defendant PBM have served an answer, made motions, or made any appearance or argument in the State Court action.

10. Defendant PBM, LLC consents to Local 32BJ's removal of this action to the United States District Court for the District of Connecticut. (*See* Declaration of PBM counsel attached as Appendix B).

11. This Notice of Removal is filed within 30 days after receipt by Local 32BJ of the papers annexed as Exhibit A.

WHEREFORE, Local 32BJ respectfully request that the State Court action be removed from the State of Connecticut Superior Court to this Court.

                                        SEIU Local 32BJ,
                                        Local 32BJ, AFL-CIO

By:   /s/Henry F. Murray
      Henry F. Murray ct17234
      Thomas W. Meiklejohn ct08755
      LIVINGSTON, ADLER, PULDA, MEIKLEJOHN
        & KELLY PC
     557 Prospect Avenue
     Hartford, CT 06105-2922
     Phone: (860) 233-9821
     Fax: (860) 232-7818
     hfmurray@lapm.org
     twmeiklejohn@lapm.org
     *Attorneys for Defendant Local 32BJ*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Removal has been sent via e-mail and/or first-class mail to:

Attorney Daniel H. Kryzanski
30 Ferry Boulevard, #2
Stratford, CT  06615
Dkryzan831@aol.com

PBM, LLC
301 Tresser Boulevard
Stamford, CT 06905

Attorney Harry Weinberg
One Penn Plaza – Suite 2110
New York, NY  10119

                                      /s/ Henry F. Murray
                                      Henry F. Murray

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| | For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov  |

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 Hoyt Street, Stamford, CT 06905 | ( 203 ) 965 – 5308 | October 26, 2021 |
| ☒ Judicial District  G.A.  ☐ Housing Session  ☐ Number: | At (City/Town)  **Stamford** | Case type code (See list on page 2)<br>Major: **C**   Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Daniel H. Kryzanski, 30 Ferry Blvd., Unit 2, Stratford, CT 06615 | 408785 |
| Telephone number  ( 203 ) 380 – 1384 | Signature of plaintiff (if self-represented) | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☐ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) |

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Alvardo, Jose<br>Address: 781 Atlantic Street, Unit 2, Stamford, CT 06902 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: PBM, LLC<br>Address: 301 Tresser Blvd., Stamford, CT 06901 | D-01 |
| Additional defendant | Name: Service Employees International Union, CTW CLC<br>Address: 1177 Summer Street, Stamford, CT 06905 | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: | Total number of defendants: | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date  10/02/2021 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>Daniel H. Kryzanski |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date |

For Court Use Only
File Date

ATTEST:
A TURE & ACCURATE COPY
G. CHRISTIANSEN
CT STATE MARSHAL
Docket Number

Print Form     Page 1 of 2     Reset Form

| | |
|---|---|
| RETURN DATE:    October 26, 2021 | SUPERIOR COURT |
| JOSE ALVARADO | J. D. OF FAIRFIELD |
| V. | AT STAMFORD |
| PBM, LLC and SERVICE EMPLOYEES INTERNATIONAL UNION CTW, CLC | OCTOBER 2, 2021 |

## COMPLAINT

### COUNT ONE: BREACH OF CONTRACT

1. The Plaintiff is Jose Alvarado who resides at 781 Atlantic Street, Unit 2, Stamford, Connecticut.

2. Defendant, PBM, LLC ("PBM") is a Limited Liability Company doing business at 301 Tresser Boulevard, Stamford, Connecticut, 06901

3. Defendant, Service Employees International Union, CTW, CLC ("Union") is a union representing individuals including the Plaintiff in Stamford, Connecticut.

4. The Plaintiff started working for a predecessor to Defendant PBM on July 10, 1999.

5. In January, 2021, the Plaintiff was falsely accused by a co-worker named "Leticia" of sexual harassment.

6. The Plaintiff never sexually harassed any co-worker during the course of his over 21 years of employment with Defendant PBM and its predecessor.

ATTEST:
A TURE & ACCURATE COPY
G. CHRISTIANSEN
CT STATE MARSHAL

1

7. During the course of an investigation of the accusation by employees of PBM the Plaintiff was not permitted to explain his side of the story nor was he allowed to defend himself.

8. On January 27, 2021, the Plaintiff was terminated from his position of "Lead Porter" with PBM due to the false claim of sexual harassment. Said termination was a breach of the contract between Defendant Union and Defendant PBM.

9. The Plaintiff attempted to grieve the matter with Defendant Union, however, the Union intentionally did not support him as a member and his grievance was not successful.

## COUNT TWO: DEFAMATION

1-9. Paragraphs 1-9 of Count One are hereby incorporated by reference.

10. Co-worker Leticia's false statement that the Plaintiff sexually harassed her and the false statement's publication to third parties by both Defendants caused the Plaintiff to be suspended and then terminated and he has been out of work for over seven months.

11. Because of the publication by the Defendants of the false statement, the Plaintiff has had a very difficult time finding new employment. In fact, he has lost over $10,000.00 in back pay.

## COUNT THREE: BREACH OF DUTY OF FAIR REPRESENTATION

12. Paragraphs 1-12 of Count Two are hereby incorporated by reference.

13. Defendant Union owed a duty of fair representation to the Plaintiff to fairly represent him after his termination of employment from PBM.

14. Defendant Union breached the duty of fair representation by intentionally failing to prosecute a successful grievance despite the fact that he was falsely accused of sexual harassment.

15. The Plaintiff has incurred damages as a result of the Defendant Union's breach of its duty of fair representation.

THE PLAINTIFF:

By: /s/ _____

Daniel H. Kryzanski, Esq.
Law Offices of Daniel H. Kryzanski
30 Ferry Blvd., #2
Stratford, CT 06615
Phone: (203) 380-1384
Fax: (203) 380-1598
Email: dkryzan831@aol.com
Juris #: 408785



ATTEST: 
A TURE & ACCURATE COPY
G. CHRISTIANSEN
CT STATE MARSHAL

3

RETURN DATE:     October 26, 2021            SUPERIOR COURT

JOSE ALVARADO
                                              J. D. OF FAIRFIELD
V.
                                              AT STAMFORD
PBM, LLC and SERVICE
EMPLOYEES INTERNATIONAL
UNION CTW, CLC                               OCTOBER 2, 2021

## AMOUNT IN DEMAND

The amount in demand exclusive of attorney fees and costs is greater than $2,500.00.

THE PLAINTIFF:

By:_/s/_____

Daniel H. Kryzanski, Esq.
Law Offices of Daniel H. Kryzanski
30 Ferry Blvd., #2
Stratford, CT 06615
Phone: (203) 380-1384
Fax: (203) 380-1598
Email: dkryzan831@aol.com
Juris #: 408785

ATTEST:
A TURE & ACCURATE COPY
G. CHRISTIANSEN
CT STATE MARSHAL

4

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------X

JOSE ALVARADO,

                  Plaintiff,                NOTICE OF REMOVAL
                                                          OF A CIVIL ACTION

    v.

PBM, LLC AND SERVICE EMPLOYEES
INTERNATIONAL UNION, CTW CLC,

                  Defendants.

---------------------------------------------------------------X

## CONSENT OF DEFENDANT PBM, LLC
## TO REMOVE THIS CIVIL ACTION

        Harry Weinberg, an attorney duly admitted to practice in the United States Court of Appeals for the Second Circuit, the District Courts for the Southern and Eastern Districts of New York and the courts of the State of New York, hereby affirms under penalty of perjury that:

1. I will be representing Defendant PBM, LLC in this matter and am currently preparing a motion to be admitted to practice in this Court pro hoc vice.

2. I consent on behalf of PBM to the removal by Defendant SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ ("Local 32BJ" or "Union"), misnamed in the caption as Service Employees International Union, CTW CLC of the action commenced in the State of Connecticut Superior Court, entitled Jose Alvarado v. PBM, LLC and Service Employees International Union CTW, CLC, to the United States District Court for the District of Connecticut.

Dated:  November 3, 2021
          New York, N.Y. 10119

/s/ **Harry Weinberg**
_____

Law Offices of Harry Weinberg, PLLC
Attorneys for Defendant PBM, LLC
One Penn Plaza – Suite 2110
New York, N.Y. 10119
(212) 889-4100
(917) 687-6019

2