UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ALVARADO : | |
|     Plaintiff : | |
| v. : | No. 3:21cv1481(SALM) |
| : | |
| PBM, LLC; and SERVICE EMPLYOEES : | |
| INTERNATIONAL UNION, CTW CLC : | |
|     Defendants : | |

## JUDGMENT

This matter came up for consideration on Defendant PBM LLC's Motion to Dismiss **[Doc. #32]** and Defendant Service Employees International Union, CTW CLC's Motion to Dismiss **[Doc. #29],** before the Honorable Sarah A. L. Merriam, United States District Judge. On August 18, 2022, the Court, having considered the full record of the case, including the applicable principles of law, entered a Ruling GRANTING both Defendants' Motions to Dismiss. It is hereby;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of Defendants PBM LLC and Service Employees International Union, CTW CLC against Plaintiff Jose Alvarado, and this case shall be closed.

Dated at Bridgeport, Connecticut, this 22nd day of August, 2022.

DINAH MILTON KINNEY, Clerk

By: \_\_\_\_/s/_____
    Andrew Caffrey
    Deputy Clerk

EOD: 8/22/2022